# United States Court of Appeals
## For the First Circuit

No. 21-1068

ROBERT FRESE,

Plaintiff, Appellant,

v.

JOHN M. FORMELLA, in his official capacity as Attorney General
of the State of New Hampshire,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on November 8, 2022, is amended as follows:

On page 9, line 12, replace "Smith v. Goguen" with "Smith v. Goguen."